IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT
2014 JAN 27 AM 8:56
TX EASTERN-MARSHALL
BY_____

| | |
|---|---|
| E-WATCH, INC. AND<br>E-WATCH CORPORATION,<br><br>　　Plaintiffs,<br><br>v.<br><br>NOKIA CORPORATION AND<br>NOKIA, INC.,<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§ Civil Action No. 2:13-cv-01075<br>§<br>§<br>§ **Jury Trial Demanded**<br>§<br>§<br>§ |

### WAIVER OF THE SERVICE OF SUMMONS

To: Christopher V. Goodpastor, Watts Guerra LLP, 811 Barton Springs Road, Ste. 725, Austin, Texas 78704.

　　I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

　　I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

　　I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

　　I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 on or before March 3, 2014. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: January 9, 2014

NOKIA INC.　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　Allison H. Altersohn
　　　　　　　　　　　　　　　　　King & Spalding LLP
　　　　　　　　　　　　　　　　　1185 Avenue of the Americas
　　　　　　　　　　　　　　　　　New York, New York 10036-4003
　　　　　　　　　　　　　　　　　Telephone: 212-556-2316
　　　　　　　　　　　　　　　　　Facsimile: 212-556-2222
　　　　　　　　　　　　　　　　　Email: aaltersohn@kslaw.com
　　　　　　　　　　　　　　　　　**COUNSEL FOR NOKIA INC.**

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.