# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| E-WATCH, INC., ET AL., | § § § | |
| Plaintiffs, | § § | 2:13-cv-1061-JRG-RSP |
| v. | § § | LEAD CASE |
| APPLE, INC., ET AL., | § § § | |
| Defendants. | § § | |
| E-WATCH, INC., ET AL., | § § | |
| Plaintiffs, | § § § | 2:13-cv-1075-JRG-RSP |
| v. | § § § | |
| NOKIA, INC., ET AL., | § | |
| Defendants. | | |

## ORDER

This matter came before the Court upon the Rule 41 Joint Motion to Dismiss filed by Plaintiffs e-Watch, Inc. and e-Watch Corporation, on one hand, and Defendants Nokia Inc. and Microsoft Mobile Oy, on the other.  Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** that all claims asserted by e-Watch, Inc. and e-Watch Corporation against Nokia Inc. and Microsoft Mobile Oy in this action are hereby dismissed with prejudice.  It is further

**ORDERED** that all claims by Nokia Inc. and Microsoft Mobile Oy against e-Watch, Inc. and e-Watch Corporation (to the extent made) are hereby dismissed with prejudice.  It is further

1

**ORDERED** that e-Watch, Inc. and e-Watch Corporation and Nokia Inc. and Microsoft Mobile Oy shall all bear their own costs, expenses and legal fees in this case. It is further

**ORDERED** that all claims, answers, affirmative defenses and counterclaims asserted by e-Watch, Inc. and e-Watch Corporation against parties other than Nokia Inc. and Microsoft Mobile Oy in the actions consolidated in Civil Action No. 2:13-cv-1061-JRG-RSP shall remain pending.

The Clerk is ORDERED to close Case No. 2:13-01075-JRG-RSP but the lead case shall remain open.

**SIGNED this 22nd day of January, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE